APPEAL,CLOSED,EFILE,HABEAS,PROSE

# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:21-cv-00498-KAD

Dimartino et al v. Sage  
Assigned to: Judge Kari A. Dooley  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 04/09/2021  
Date Terminated: 01/13/2022  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Plaintiff**

**Kevin Dimartino**  
*on behalf of themselves and all other similarly situated plaintiffs*

represented by **Kevin Dimartino**  
DANBURY FEDERAL CORRECTIONAL INSTITUTION  
Inmate Mail/Parcels  
ROUTE 37  
DANBURY, CT 06811  
PRO SE

**Plaintiff**

**Michael Milchin**  
*on behalf of themselves and all other similarly situated plaintiffs*

represented by **Michael Milchin**  
760606-066  
DANBURY FEDERAL CORRECTIONAL INSTITUTION  
Inmate Mail/Parcels  
ROUTE 37  
DANBURY, CT 06811  
PRO SE

**Plaintiff**

**Steven Pagartanis**  
*on behalf of themselves and all other similarly situated plaintiffs*

represented by **Steven Pagartanis**  
DANBURY FEDERAL CORRECTIONAL INSTITUTION  
Inmate Mail/Parcels  
ROUTE 37  
DANBURY, CT 06811  
PRO SE

**Plaintiff**

**Kenneth Pelletier**  
*on behalf of themselves and all other similarly situated plaintiffs*

represented by **Kenneth Pelletier**  
DANBURY FEDERAL CORRECTIONAL INSTITUTION

Inmate Mail/Parcels
ROUTE 37
DANBURY, CT 06811
PRO SE

**Plaintiff**

**John Matera**
*on behalf of themselves and all other similarly situated plaintiffs*

represented by **John Matera**
DANBURY
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
ROUTE 37
DANBURY, CT 06811
PRO SE

**Plaintiff**

**Eugene Castelle**
*on behalf of themselves and all other similarly situated plaintiffs*

represented by **Eugene Castelle**
DANBURY
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
ROUTE 37
DANBURY, CT 06811
PRO SE

V.

**Defendant**

**D. Easter**
*Warden FCI Danbury*
*TERMINATED: 05/24/2021*

**Defendant**

**Acting Warden of FCI Danbury**
*Current Unknown*
*TERMINATED: 05/24/2021*

**Defendant**

**FCI Danbury**
*Medical Staff*
*TERMINATED: 05/24/2021*

**Defendant**

**Federal Bureau of Prisons**
*TERMINATED: 05/24/2021*

**Defendant**

**FCI Danbury Medical Staff**
*TERMINATED: 05/24/2021*

**Defendant**

| | | |
|---|---|---|
| **Acting Warden Jessica Sage** | represented by | **Nathaniel Michael Putnam**<br>DOJ-USAO<br>157 Church Street<br>Ste Floor 24<br>New Haven, CT 06510<br>203-821-3805<br>Email: nathaniel.putnam@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **James Whitted** | represented by | **Sarah French Russell**<br>Legal Clinic, Quinnipiac University School of Law<br>275 Mount Carmel Avenue<br>Hamden, CT 06518<br>203-582-3238<br>Fax: 203-582-3237<br>Email: sarah.russell@quinnipiac.edu<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/09/2021 | 1 | PRISCS - MOTION for Compassionate Release, filed by Eugene Castelle, Steven Pagartanis, Michael Milchin, Kevin Dimartino, Kenneth Pelletier, John Matera. (Freberg, B) (Entered: 04/12/2021) |
| 04/09/2021 | | Filing fee received from Michael Milchin: $ 5.00, receipt number CTXN00023093 (Freberg, B) Modified on 4/15/2021 to add receipt number (Nuzzi, Tiffany). (Entered: 04/12/2021) |
| 04/09/2021 | 2 | STANDING PROTECTIVE ORDER<br>Signed by Judge Kari A. Dooley on 4/9/2021.(Freberg, B) (Entered: 04/12/2021) |
| 04/09/2021 | 3 | ELECTRONIC FILING ORDER FOR COUNSEL - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Kari A. Dooley on 4/9/2021.(Freberg, B) (Entered: 04/12/2021) |
| 04/15/2021 | 4 | ORDER dismissing without prejudice 1 Petition for Writ of Habeas Corpus. Although stylized as a motion for compassionate release, the submission at ECF No. 1 invokes 28 U.S.C. Section 2241 and makes claims cognizable under that statute. *See Ilina v. Zickefoose*, 591 F. Supp. 2d 145, 150 (D. Conn. 2008). The Court therefore construes the submission as a petition for writ of habeas corpus.<br><br>Because the instant petition is not signed by any of the named Petitioners despite the assertion that it is being filed on their behalf, the petition is not compliant with Fed. R. Civ. P. 11(a), which requires that "[e]very pleading, written motion, and other paper... be signed by at least one attorney of record in the attorney's name--or by a party personally if the party is unrepresented." Each self-represented individual must sign such a petition for the petition to be valid as to that person. |

| | | |
|---|---|---|
| | | *See, e.g.*, *Powerserve Int'l, Inc. v. Lavi*, 239 F.3d 508, 514 (2d Cir. 2001) ("[A]n individual may not be represented in court by another person who is not an attorney") (citing 28 U.S.C. § 1654).<br><br>This petition is therefore dismissed without prejudice to the filing of an amended petition within **30 days**. The Court reiterates that when filing the amended petition, each self-represented Petitioner seeking to bring a claim must sign the petition.<br><br>Signed by Judge Kari A. Dooley on 4/15/2021. (Banker, Joshua) (Entered: 04/15/2021) |
| 04/26/2021 | 5 | RESPONSE to 4 Order dismissing without prejudice by Eugene Castelle, Kevin Dimartino, John Matera, Michael Milchin, Steven Pagartanis, Kenneth Pelletier. (Attachments: # 1 Envelope) (Fanelle, N.) (Entered: 04/26/2021) |
| 04/28/2021 | 6 | AMENDED COMPLAINT against Acting Warden of FCI Danbury, D. Easter, FCI Danbury, Federal Bureau of Prisons, FCI Danbury Medical Staff, filed by Eugene Castelle, Steven Pagartanis, Michael Milchin, Kevin Dimartino, Kenneth Pelletier, John Matera. (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 04/29/2021) |
| 05/05/2021 | 7 | ORDER TO SHOW CAUSE. See attached. Responses due on or before 6/15/2021. Signed by Judge Kari A. Dooley on 5/5/2021. (Banker, Joshua) (Entered: 05/05/2021) |
| 05/14/2021 | 10 | Sealed Document: Exhibit by Kenneth Pelletier. (Fanelle, N.) (Entered: 05/21/2021) |
| 05/19/2021 | 8 | EXHIBIT by Michael Milchin. (Fanelle, N.) (Entered: 05/20/2021) |
| 05/20/2021 | 11 | Sealed Document: Exhibit by Kenneth Pelletier. (Fanelle, N.) (Entered: 05/21/2021) |
| 05/21/2021 | 9 | ORDER. On May 21, 2021, the Court received a mailing from Plaintiffs containing what appears to be several Plaintiffs' medical records. The Court *sua sponte* orders that this submission be sealed so as to protect the Plaintiffs' privacy interest in these medical records, which, the Court finds is a clear and compelling reason to seal the records. The Court further finds that the proposed sealing is narrowly tailored to address this reason. However, to the extent the sealed documents are, in the Court's view, significant to the Court's ultimate ruling on the merits of the pending petition, the Court may, upon notice to the parties, *sua sponte*, unseal the documents. Signed by Judge Kari A. Dooley on 5/21/2021. (Banker, Joshua) (Entered: 05/21/2021) |
| 05/24/2021 | 12 | NOTICE of Appearance by Nathaniel Michael Putnam on behalf of Jessica Sage *in Her Official Capacity as the Acting Warden of FCI Danbury* (Putnam, Nathaniel) (Entered: 05/24/2021) |
| 05/24/2021 | 13 | MOTION to Substitute Party by Jessica Sage. (Putnam, Nathaniel) (Entered: 05/24/2021) |
| 05/24/2021 | 14 | MOTION to Dismiss *the Petition in Response to May 5th Order to Show Cause (ECF 7)* by Jessica Sage.Responses due by 6/14/2021 (Attachments: # 1 Exhibit A - Whitted v. Easter Settlement)(Putnam, Nathaniel) (Entered: 05/24/2021) |

| | | | |
|---|---|---|---|
| 05/24/2021 | | 15 | ORDER granting 13 Motion to Substitute Party. The Court hereby grants the motion to substitute party. Jessica Sage, Acting Warden of the Federal Correctional Institution at Danbury, is added to the case, and all other defendants are dismissed. *See United States v. Padilla*, 542 U.S. 426 (2004) ("[T]he proper respondent is the warden of the facility where the prisoner is being held..."). The Clerk of Court is respectfully directed to amend the case caption accordingly. Signed by Judge Kari A. Dooley on 5/24/2021. (Banker, Joshua) (Entered: 05/24/2021) |
| 06/02/2021 | | 16 | EXHIBIT to 1 MOTION for Compassionate Release by Eugene Castelle. (Fanelle, N.) (Entered: 06/10/2021) |
| 06/16/2021 | | 17 | MOTION for Extension of Time and MOTION to Appoint Counsel in Reply to Motion to Dismiss by Michael Milchin. (Attachments: # 1 Envelope) (Fanelle, N.) (Entered: 06/17/2021) |
| 06/25/2021 | | 18 | ORDER granting in part and denying in part ECF No. 17 , and addressing Anthony Indelicato's submission attached to ECF No. 16 .<br><br>As to the Motion for Extension of Time, Petitioners' motion is GRANTED. Petitioners shall have until July 28, 2021 to respond to ECF No. 14 , Motion to Dismiss. However, Petitioners are again reminded that *pro se* individuals cannot represent other individuals. *See* ECF No. 4. Additional failures to have **every** Petitioner sign a joint motion or submission may result in denial or rejection of said motion or submission without further notice.<br><br>In a similar vein, the Court is aware that buried within ECF No. 16 at page 125 is a document which appears to be a request by Antony Indelicato to be added to the "class action." To be clear, this proceeding has not been, and might not be, certified as a class action. Therefore, to the extent that the request should be read as a motion to amend the petition to add Mr. Indelicato as a named petitioner, the motion is DENIED because the named Petitioners have not jointly made such a motion. To the extent it is construed as a request to join the class action, it is denied as premature.<br><br>As to the Motion to Appoint Counsel, Petitioners' motion is DENIED without prejudice. The Court first notes that it is signed by Mr. Milchin only "on behalf of the class." This is, as noted above, not permitted as Mr. Milchin is not a member of the bar of this Court, and the motion is denied for this reason. In addition, the Court observes that it may appoint counsel for habeas petitioners if petitioners cannot afford an attorney and such an appointment would serve the interests of justice. *See* 18 U.S.C. Section 3006A(a)(2); *see also United States v. Vilar*, 979 F. Supp. 2d 443, 445-46 (S.D.N.Y. 2013) (noting that there is no Sixth Amendment right to counsel in habeas proceedings but that the court may appoint counsel pursuant to the Criminal Justice Act). Petitioners have not made a showing that they are financially unable to secure counsel or that they have tried without success to secure pro bono counsel. Further, the interests of justice would not be served by appointing counsel at this juncture. The Respondent has moved to dismiss the petition on a variety of bases. Once that motion is adjudicated, the Court may revisit this decision if a proper motion is filed.<br><br>Signed by Judge Kari A. Dooley on 6/25/2021. (Banker, Joshua) (Entered: 06/25/2021) |

| | | |
|---|---|---|
| 07/22/2021 | 19 | AMENDED MOTION to Appoint Counsel In Reply to 14 MOTION to Dismiss by Eugene Castelle, Kevin Dimartino, John Matera, Michael Milchin, Steven Pagartanis, Kenneth Pelletier. (Fanelle, N.) (Entered: 07/22/2021) |
| 07/29/2021 | 20 | NOTICE of Related Case by Eugene Castelle, Kevin Dimartino, John Matera, Michael Milchin, Steven Pagartanis, Kenneth Pelletier. (Attachments: # 1 Envelope)(Fanelle, N.) (Entered: 07/30/2021) |
| 08/06/2021 | 21 | MOTION for Leave to File *Amicus Brief by James Whitted, Named Petitioner in Whitted v. Easter Litigation* by James Whitted. (Attachments: # 1 Exhibit 1 (Amicus Brief of James Whitted, Named Petitioner in Whitted v. Easter Litigation), # 2 Exhibit A (to Amicus Brief), # 3 Exhibit B (to Amicus Brief), # 4 Exhibit C (to Amicus Brief))(Russell, Sarah) (Entered: 08/06/2021) |
| 08/09/2021 | 22 | ORDER granting 21 Motion for Leave to File *Amicus* Brief. A response, if any, shall be filed on or before August 23, 2021. Signed by Judge Kari A. Dooley on 8/9/2021. (Banker, Joshua) (Entered: 08/09/2021) |
| 08/09/2021 | 23 | EXHIBIT *Corrected Exhibit C to Amicus Brief* by James Whitted re 21 MOTION for Leave to File *Amicus Brief by James Whitted, Named Petitioner in Whitted v. Easter Litigation*. (Russell, Sarah) (Entered: 08/09/2021) |
| 08/09/2021 | 24 | MOTION to Seal ECF 21-4 (Exhibit C to Amicus Brief) by James Whitted. (Russell, Sarah) (Entered: 08/09/2021) |
| 08/10/2021 | 25 | ORDER granting 24 Motion to Seal. The Court finds a clear and compelling reason for sealing the Exhibit identified in the Motion. The Court further finds that the proposed sealing is narrowly tailored to address that reason. However, to the extent the sealed documents are, in the Court's view, significant to the Court's ultimate ruling on the pending motions before the Court, the Court may, upon notice to the parties, *sua sponte*, unseal the documents.<br><br>Further, Counsel for *Amicus Curiae* is instructed to file, under seal, an unredacted version of the Exhibit. Both ECF No. 21-4 and ECF No. 23 have redactions. Signed by Judge Kari A. Dooley on 8/10/2021. (Banker, Joshua) (Entered: 08/10/2021) |
| 08/13/2021 | 26 | Sealed Document: Exhibit containing Medical Records re 6 Amended Complaint by Kevin Dimartino. (Attachments: # 1 Envelope)(Freberg, B) (Entered: 08/16/2021) |
| 08/19/2021 | 27 | Sealed Document: Unredacted Version of Exhibit C (ECF 21-4 and ECF 23) by James Whitted re 23 Exhibit, 21 MOTION for Leave to File *Amicus Brief by James Whitted, Named Petitioner in Whitted v. Easter Litigation* . (Russell, Sarah) (Entered: 08/19/2021) |
| 09/27/2021 | 28 | NOTICE by Kenneth Pelletier. (Fanelle, N.) (Entered: 10/05/2021) |
| 10/22/2021 | 29 | Sealed Document: Medical Record by Kevin Dimartino. (Oliver, T.) (Entered: 10/22/2021) |
| 01/03/2022 | 30 | Letter from Michael Milchin dated 12/23/2021 Re: 1 MOTION for Compassionate Release. (Fanelle, N.) (Entered: 01/04/2022) |
| 01/03/2022 | 31 | DECLARATION by Michael Milchin. (Fanelle, N.) (Entered: 01/04/2022) |

| | | |
|---|---|---|
| 01/10/2022 | 32 | NOTICE by Kevin Dimartino. (Attachments: # 1 Envelope)(Fanelle, N.) (Entered: 01/12/2022) |
| 01/13/2022 | 33 | ORDER granting 14 Motion to Dismiss and finding as moot 19 Motion to Appoint Counsel. See attached. The Clerk of the Court is directed to dismiss this action and close the file. Signed by Judge Kari A. Dooley on 1/13/2022. (Banker, Joshua) (Entered: 01/13/2022) |
| 01/18/2022 | | JUDICIAL PROCEEDINGS SURVEY - FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Fanelle, N.) (Entered: 01/18/2022) |
| 02/04/2022 | 34 | NOTICE OF APPEAL as to 33 Order on Motion to Dismiss by Michael Milchin. (Fanelle, N.) (Entered: 02/04/2022) |
| 02/04/2022 | 35 | CLERK'S CERTIFICATE RE: INDEX AND RECORD ON APPEAL re: 34 Notice of Appeal. The attached docket sheet is hereby certified as the entire Index/Record on Appeal in this matter and electronically sent to the Court of Appeals, with the exception of any manually filed documents as noted below. Dinah Milton Kinney, Clerk. Documents manually filed not included in this transmission: none (Fanelle, N.) (Entered: 02/04/2022) |
| 03/23/2022 | | USCA Appeal Fees received from Michael Milchin: $ 505 receipt number 783585 re 34 Notice of Appeal filed by Michael Milchin (Carr, Dave) (Entered: 03/24/2022) |
| 03/28/2022 | 36 | MOTION for Extension of Time to file an appeal by Kenneth Pelletier. (Pesta, J.) (Entered: 03/28/2022) |
| 03/28/2022 | 37 | NOTICE OF APPEAL as to 33 Order on Motion to Dismiss, Order on Motion to Appoint Counsel by Kenneth Pelletier. (Pesta, J.) (Entered: 03/28/2022) |