UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEVIN DIMARTINO, MICHAEL MILCHIN, STEVEN PAGARTANIS, KENNETH PELLETIER, JOHN MATERA, EUGENE CASTELLE, on behalf of themselves and others similarly situated, <br><br> Petitioners, <br><br> v. <br><br> Timethea Pullen, Warden of Federal Correctional Institution at Danbury, in her official capacity, <br><br> Respondent. | Case No. 3:21-cv-00498 (KAD) <br><br> June 14, 2022 |

## MOTION TO SHARE SEALED DOCUMENTS
## WITH APPELLATE COUNSEL FOR PETITIONERS

Respondent Warden, Timethea Pullen, in her official capacity as the Warden of FCI Danbury, respectfully submits this motion seeking permission to share certain documents filed under seal in this action with appellate attorneys from the Roderick & Solange MacArthur Justice Center (the "McArthur Justice Center") who represent Petitioners Michael Milchin and Kenneth Pelletier in their ongoing appeals of the Court's January 13, 2022 Order, ECF 33, before the Second Circuit. Attorneys from the MacArthur Justice Center who have appeared for Petitioners Milchin and Pelletier before the Second Circuit have requested from Respondent copies of the following documents filed under seal in this matter:

- ECF 10 (May 14, 2021 "Sealed Document: Exhibit by Kenneth Pelletier")

- ECF 11 (May 20, 2021 "Sealed Document: Exhibit by Kenneth Pelletier")

- ECF 26 (August 13, 2021 "Sealed Document: Exhibit containing Medical Records re 6 Amended Complaint by Kevin Dimartino")

1

- ECF 27 (August 19, 2021 "Sealed Document: Unredacted Version of Exhibit C (ECF 21-4 and ECF 23) by James Whitted")

- ECF 29 (September 27, 2021 "Sealed Document: Medical Record by Kevin Dimartino")

In view of Local Civil Rule 5(e), Respondent respectfully submits this motion for the Court's permission to share ECFs 10, 11, 26, 27 and 29 with Petitioners' appellate counsel.

Respectfully Submitted,

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ Nate Putnam
Nathaniel M. Putnam, phv10463
Assistant U.S. Attorney
157 Church Street,
New Haven, CT 06510
Nathaniel.Putnam@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 14, 2022, I served a full and complete copy of the foregoing on the following Petitioners, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C). Still more particularly, I mailed copies of the foregoing to Petitioners, using certified mail, at their last known and current addresses as follows:

- Kevin Dimartino, REG. NO. 27386-055, FMC BUTNER, OLD N. CAROLINA HWY 75 BUTNER, NC 27509

- Michael Milchin, REG. NO. 76060-066, FCI DANBURY, FEDERAL CORRECTIONAL INSTITUTION, ROUTE 37, DANBURY, CT 06811

- Steven Pagartanis, REG. NO. 91012-053, FCI DANBURY, FEDERAL CORRECTIONAL INSTITUTION, ROUTE 37, DANBURY, CT 06811

- Kenneth Pelletier, REG. NO. 07457-036, FCI DANBURY, FEDERAL CORRECTIONAL INSTITUTION, ROUTE 37, DANBURY, CT 06811

- Eugene Castelle, REG. NO. 00633-748, FCI DANBURY, FEDERAL CORRECTIONAL INSTITUTION, ROUTE 37, DANBURY, CT 06811

- John Matera, REG. NO. 00803-748, 6 Linwood Ave, Staten Island, New York 10305;

and 146 Commodore Drive, Staten Island, New York, 10309.[1]

          */s/ Nate Putnam*
          Nathaniel M. Putnam, phv10463
          Assistant U.S. Attorney

---

[1] According to BOP records, Petitioner Matera was released from custody on June 8, 2022 and is under the supervision of probation authorities located in New York.  BOP records show two release addresses for Petitioner Matera, so counsel has sent this filing to both addresses.