Hon. Kari A. Dooley
Brien McMahon Federal Building
United States Courthouse
915 Lafayette Boulevard - Suite 417
Bridgeport, Connecticut 06604

NOV 17 2023 PM 2:56
FILED - USDC - BPT - CT

**Re: Pending Motion to Effectuate the Settlement Agreement (ECF 51 in 3:21-cv-498)**

Dear Judge Dooley,

I am one of the plaintiffs in case 3:21-cv-498. I am writing to notify the Court that I do not oppose the government's pending motion to effectuate the settlement agreement and for a dismissal (ECF 51). That motion asks the Court to grant the procedural motions the Court previously indicated it would grant (ECF 48). My appellate counsel explained these motions to me during the settlement negotiations.

Respectfully,

*[signature]*

Kenneth Pelletier, *pro se.*[1]

11-7-23
Date

---

[1] This letter was prepared with the assistance of my appellate counsel at the Roderick & Solange MacArthur Justice Center, who negotiated the settlement on my behalf. They are not entering this case and do not represent me before this Court. *See* ABA Formal Opinion 07-446 ("A lawyer may provide legal assistance to litigants appearing before tribunals 'pro se' and help them prepare written submissions without disclosing or ensuring the disclosure of the nature or extent of such assistance." *See also In re Fengling Liu*, 664 F.3d 367 (2d Cir. 2011) (citing ABA Formal Opinion 07-446 observing that "Rule 11 … requires the signature of the 'attorney of record,' not a drafting attorney.") (internal citations omitted); D. Conn. L. Civ. R. 5(b) (requiring appearances only from attorneys "entering a case," including "any attorney who wishes to address the court on behalf of any party or non-party"); *cf Conn. Practice Book*, § 4-2(c) ("An attorney may assist a client in preparing a pleading, motion or other document to be signed and filed in court by the client. In such cases, the attorney shall insert the notation 'prepared with assistance of counsel' on any … document prepared by the attorney. The attorney is not required to sign the … document and the filing of such a … document shall not constitute an appearance by the attorney.").