INMATE NAME/NUMBER: Kenneth Pelletier 07457-036
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD MEd
P.O. BOX 2000
WHITE DEER, PA 17887

HARRISBURG PA  171

15 NOV 2023  PM 1  L



⇔07457-036⇔
Office Of The Clerk
U.S District Court House
915 Lafayette BLVD
Bridgeport, CT 06604
United States

06604-470600